AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts Southern District of Texas
**FILED**
*December 3, 2022*
Nathan Ochsner, Clerk of Court

United States of America
v.

Meir Adan BERMEA
YOB: 2000 USC

*Defendant(s)*

Case No. **M-22-2338-M**

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 924(a)(1)(A) | Knowingly making any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter or in applying for any license or exemption or relief from disability under the provisions of this chapter |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Robert Guerra

/s/ William J Simon
*Complainant's signature*

William J. Simon, HSI Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: December 3, 2022  11:10 AM

*Judge's signature*

City and state: McAllen, Texas

Nadia Medrano, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, William J Simon, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

On September 12, 2022, Homeland Security Investigations in McAllen, Texas (HSI McAllen) received a request for investigative assistance from U.S. Customs and Border Protection (CBP) Office of Field Operations at the Progreso, Texas Port of Entry (POE). CBP Officers (CBPOs) had detained Meir Adan BERMEA (hereinafter "BERMEA") as he sought entry into the United States from Mexico via the POE on foot with approximately 23 pills that weighed a total of 2.52 grams and field tested positive for the properties of fentanyl concealed in his lower waist area.

A consent search of BERMEA's cellular phone revealed a text message conversation between BERMEA and a phone number associated with and individual who is 19 years of age (hereinafter "**Subject 1**"). In the text message conversation, Subject 1 sent BERMEA a photo of a black Taurus GX4 9mm pistol. **Subject 1** told BERMEA they wanted BERMEA to buy it for them. BERMEA replied that he would purchase the firearm later in the day. BERMEA also told **Subject 1** that **Subject 1** did not have to be 21 years old to buy ammunition but BERMEA would buy ammunition for **Subject 1**.

BERMEA then sent **Subject 1** several photographs and videos of a brand new black Taurus GX4 9mm pistol, along with photographs of a receipt from Academy Sports and Outdoors and a Firearm Return Policy/Disclaimer form signed by BERMEA listing the serial number of the purchased firearm as 1GC23178. A review of BERMEA's Cash App account shows BERMEA received a payment of $400 on July 31, 2022 from **Subject 1**. Text messages from August 12, 2022 show **Subject 1** going to BERMEA's house to pick up the firearm. An internet search of Academy Sports and Outdoors website confirms that the purchase price for a Taurus GX4 is $350.

HSI SAs obtained the ATF Form 4473 Firearms Transaction Record for a Taurus GX4 9mm pistol with serial number 1GC23178 purchased by Meir BERMEA at the Academy Sports and Outdoors Store 131 located at 3901 Expressway 83 McAllen, TX 78501 on July 31, 2022. On the form, BERMEA answered "Yes" to question 21(a) when asked "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" When in truth and in fact, BERMEA was purchasing the firearm on behalf of **Subject 1**.

Based on this information, I believe BERMEA violated 18 United States Code Section 924(a)(1)(A) by knowingly making a false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter or in applying for any license or exemption or relief from disability under the provisions of this chapter.